**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **TST Beverages, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Bottles by Sickles** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2016952** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**200 Monmouth Street**<br>**Red Bank, NJ 07739**<br>Number, Street, City, State & ZIP Code<br><br>**Monmouth**<br>County | **Mailing address, if different from principal place of business**<br><br>**1 Harrison Avenue**<br>**Little Silver, NJ 07739**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1 Harrison Avenue Little Silver, NJ 07739**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **sicklesmarket.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **TST Beverages, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **TST Beverages, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **TST Beverages, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **TST Beverages, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 23, 2024**
MM / DD / YYYY

**X** **/s/ Robert H. Sickles**                          **Robert H. Sickles**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Andrew J. Kelly**                    Date    **April 23, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Andrew J. Kelly**
Printed name

**The Kelly Firm, P.C.**
Firm name

**1011 Highway 71**
**Suite 200**
**Spring Lake, NJ 07762**
Number, Street, City, State & ZIP Code

Contact phone    **732-449-0525**    Email address    **akelly@kbtlaw.com**

**032191991 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **TST Beverages, LLC**

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*  _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 23, 2024**          X *⁄s/ Robert H. Sickles*
                                          Signature of individual signing on behalf of debtor

                                          **Robert H. Sickles**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TST Beverages, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Northfield Bank 581 Main Street Woodbridge, NJ 07095 | | | | $4,500,000.00 | $0.00 | $4,500,000.00 |
| Farmlind Produce, LLC 804 Clauss Lane River Vale, NJ 07675 | | Complaint to enforce payment from PACA Trust | Disputed | | | $213,218.00 |
| Core Funding Source, LLC c/o Ershowsky Verstandig PLLC 290 Central Avenue, Suite 109 Lawrence, NY 11559 | | UCC Lien | | $180,180.16 | $0.00 | $180,180.16 |
| C. Rooney Produce Co., Inc. 196 Ocean Avenue Ocean Bright, NJ 07760 | | Complaint to enforce payment from PACA Trust. | Disputed | | | $100,235.00 |
| Four Seasons Produce, Inc. 400 Wabash Road Ephrata, PA 17522 | | Complaint to enforce payment from PACA Trust | Disputed | | | $90,934.75 |
| Metrovation Anderson, LLC c/o Rick Brodsky, Esq. 1500 Lawrence Avenue CN 7807 Ocean, NJ 07712 | | Landlord/Tenant Action | | | | $63,674.70 |

| Debtor | **TST Beverages, LLC** | | Case number *(if known)* | |
|--------|------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meged Funding Group Corp. c/o Isaac H. Greenfield, Esq. 2 Executive Boulevard, Suite 305 Suffern, NY 10901** | | **Collection Lawsuit** | | | | **$51,806.25** |
| **Imperial Bag and Paper 255 Route 1 and 9 Jersey City, NJ 07306** | | **Open invoice(s).** | | | | **$13,881.73** |
| **Perrone Wine & Spirits, Inc. P.O. Box 651 Basking Ridge, NJ 07920** | | **Open invoice(s) for Liquor** | | | | **$8,766.60** |
| **Winebow, Inc. 20 Hook Mountain Road Suite #103A Pine Brook, NJ 07058** | | **Open invoice(s) for Liquor** | | | | **$6,092.57** |
| **Frederick Wildman & Sons NJ 111 Broadway # 1102 New York, NY 10006** | | **Open invoice(s) for Liquor** | | | | **$3,690.00** |
| **Fedway Associates, Inc. 505 Martinsville Road Basking Ridge, NJ 07920** | | **Open invoice(s) for Liquor.** | | | | **$3,643.06** |
| **Allied North Division 700 Kapkowski Road P.O. Box 7000 Elizabeth, NJ 07201** | | **Open invoice(s) for Liquor** | | | | **$3,504.25** |
| **Allied Beverage Group 700 Kapkowski Road P.O. Box 7000 Elizabeth, NJ 07201** | | **Open invoice(s) for Liquor.** | | | | **$3,275.26** |
| **Cognac One, LLC 135 E 57th Street 10th Floor New York, NY 10022** | | **Open invoice(s) for Liquor** | | | | **$1,764.00** |

| Debtor | **TST Beverages, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gladiator Wine Distribution 112 W 34th Street New York, NY 10001** | | **Open invoice(s) for Liquor** | | | | **$1,626.30** |
| **Bacchus Imports, Inc. 150 W 30th Street, STE 706 New York, NY 10001** | | **Open invoice(s) for Liquor** | | | | **$1,585.88** |
| **Quench USA P.O. Box 735777 Dallas, TX 75373-5777** | | **Open invoice(s) for Liquor.** | | | | **$1,521.90** |
| **Sarene Craft Beer Distributors, LLC 4 Warehouse Lane Suite 144 Elmsford, NY 10523** | | **Open invoice(s) for Liquor.** | | | | **$1,442.10** |
| **Daniel Ludwig 114 Maple Avenue Rear Apartment Red Bank, NJ 07701** | | **PAYROLL** | | | | **$1,319.03** |

**Fill in this information to identify the case:**

Debtor name __**TST Beverages, LLC**__

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................  $ _____0.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................  $ ____549,388.34__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................  $ ____549,388.34__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ __4,680,180.16__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $ ____2,347.02__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$ ____579,219.40__

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b                                                                        $ __5,261,746.58__

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>TST Beverages, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Northfield Bank (Account Frozen)** | **Business Checking** | **2209** | **Unknown** |
| 3.2. | **OceanFirst Bank (Account Frozen).** | **Business Checking** | **3104** | **$18,746.76** |
| 3.3. | **Valley National Bank** | **Business Checking** | **2101** | **$121.58** |
| 3.4. | **Northfield Bank (Account Frozen)** | **Business Checking PAYROLL** | **3066** | **Unknown** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                        **$18,868.34**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor   **TST Beverages, LLC**_____   Case number *(If known)* _____
          Name

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory / Supplies** | | $0.00 | | $120,000.00 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $120,000.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor    **TST Beverages, LLC**                                        Case number *(If known)* _____
_____
Name

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture (nominal) | $0.00 | | $20.00 |
| 40. | **Office fixtures**<br>Office Fixtures | $0.00 | | $5,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | $0.00 | | $500.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                        | $5,520.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Walk-in refrigerator. | $0.00 | | $5,000.00 |

51.    **Total of Part 8.**                                                                        | $5,000.00 |
Add lines 47 through 50.  Copy the total to line 87.

Debtor   **TST Beverages, LLC**                                      Case number *(If known)* _____
_____
Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties**<br>**Plenary Retail Distribution License, State of NJ, Division of Alcoholic Beverage Control, License# 1340-44-028-006 (Expires 6/30/2024)** | **$0.00** | | **$400,000.00** |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                      | **$400,000.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.

Debtor    **TST Beverages, LLC**    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    **Sickles Market Provision, LLC,**     **0.00** - **0.00** =
    **Intercompany Debt., Amount to be**   Total face amount     doubtful or uncollectible amount
    **Supplied.**

                                                                                                     **Unknown**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.             **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **TST Beverages, LLC**                                          Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,868.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $120,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,520.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $400,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $549,388.34 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $549,388.34 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **TST Beverages, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1 Core Funding Source, LLC**<br>Creditor's Name<br>**c/o Ershowsky Verstandig PLLC**<br>**290 Central Avenue, Suite 109**<br>**Lawrence, NY 11559**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC Lien** | **$180,180.16** | **$0.00** |

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2 Corporation Service Company**<br>Creditor's Name<br>**P.O. BOX 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Debtor | **TST Beverages, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CT Corporation System** | | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**330 N. Brand Boulevard
Suite 700
Glendale, CA 91203**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Interstate Filings** | | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**301 Mill Road
Suite U-5
Hewlett, NY 11557**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Northfield Bank** | | Describe debtor's property that is subject to a lien | **$4,500,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**581 Main Street
Woodbridge, NJ 07095**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

---

Debtor    **TST Beverages, LLC**                                          Case number (if known) _____
_____
Name

|  |  |  |  |
|---|---|---|---|

_____    **Is the creditor an insider or related party?**
Creditor's email address, if known      ■ No
                                        ☐ Yes
                                        **Is anyone else liable on this claim?**
**Date debt was incurred**              ☐ No
                                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its         ☐ Disputed
relative priority.

---

| 2.6 | **State of New Jersey** | Describe debtor's property that is subject to a lien | Unknown | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**Division of Alcoholic**          **Plenary Retail Distribution License, State of**
**Beverage Control**               **NJ, Division of Alcoholic Beverage Control,**
**140 East Front Street**          **License# 1340-44-028-006 (Expires 6/30/2024)**
**P.O. Box 087**
**Trenton, NJ 08625-0087**
Creditor's mailing address         Describe the lien
                                   **Lien on Liquor License**
                                   **Is the creditor an insider or related party?**
                                   ■ No
_____    ☐ Yes
Creditor's email address, if known **Is anyone else liable on this claim?**
                                   ■ No
**Date debt was incurred**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8006**
**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its    ☐ Disputed
relative priority.

---

| 2.7 | **Wellen Capital, LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**600 W. Jackson Boulevard**
**Suite 750**
**Chicago, IL 60661**
Creditor's mailing address         Describe the lien
                                   **UCC Financing Statement**
                                   **Is the creditor an insider or related party?**
                                   ■ No
_____    ☐ Yes
Creditor's email address, if known **Is anyone else liable on this claim?**
                                   ■ No
**Date debt was incurred**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor    **TST Beverages, LLC**                                Case number (*if known*)
_____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $4,680,180.16 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TST Beverages, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Daniel Ludwig**<br>**114 Maple Avenue**<br>**Rear Apartment**<br>**Red Bank, NJ 07701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,319.03** | **$1,319.03** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PAYROLL** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Jasmine Tochihuitl-Santamaria**<br>**50 Locust Avenue**<br>**Apt. 5A**<br>**Red Bank, NJ 07701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$383.92** | **$383.92** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **TST Beverages, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $644.07 | $644.07 |
|---|---|---|---|---|

**Tyler Brick**
**91 W. Washington Avenue**
**Atlantic Highlands, NJ 07716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.98 |
|---|---|---|---|

**3J's Imports**
**33 Wood Avenue South**
**#600**
**Iselin, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Open invoice(s) for Liquor.**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,275.26 |
|---|---|---|---|

**Allied Beverage Group**
**700 Kapkowski Road**
**P.O. Box 7000**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Open invoice(s) for Liquor.**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,504.25 |
|---|---|---|---|

**Allied North Division**
**700 Kapkowski Road**
**P.O. Box 7000**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Open invoice(s) for Liquor**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $590.16 |
|---|---|---|---|

**American BD Company**
**25 De Boer Drive**
**Glen Rock, NJ 07452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Open invoice(s) for Liquor**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**American Express Merchant Services**
**ATTN:  SE Legal Holds**
**P.O. Box 53825**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Hold on Merchant Payments**

Last 4 digits of account number  **2671**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **TST Beverages, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,585.88** |
|---|---|---|---|

**Bacchus Imports, Inc.**
**150 W 30th Street, STE 706**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open invoice(s) for Liquor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.80** |
|---|---|---|---|

**Beach Bee Meadery**
**89 Long Branch Avenue**
**Long Branch, NJ 07740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open invoice(s) for Liquor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,235.00** |
|---|---|---|---|

**C. Rooney Produce Co., Inc.**
**196 Ocean Avenue**
**Ocean Bright, NJ 07760**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3746**

Basis for the claim:  **Complaint to enforce payment from PACA Trust.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,764.00** |
|---|---|---|---|

**Cognac One, LLC**
**135 E 57th Street**
**10th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open invoice(s) for Liquor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213,218.00** |
|---|---|---|---|

**Farmlind Produce, LLC**
**804 Clauss Lane**
**River Vale, NJ 07675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3746**

Basis for the claim:  **Complaint to enforce payment from PACA Trust**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,643.06** |
|---|---|---|---|

**Fedway Associates, Inc.**
**505 Martinsville Road**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open invoice(s) for Liquor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,934.75** |
|---|---|---|---|

**Four Seasons Produce, Inc.**
**400 Wabash Road**
**Ephrata, PA 17522**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3746**

Basis for the claim:  **Complaint to enforce payment from PACA Trust**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TST Beverages, LLC** | Case number (if known) | |
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,690.00 |

**Frederick Wildman & Sons NJ**
**111 Broadway # 1102**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Open invoice(s) for Liquor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,626.30 |

**Gladiator Wine Distribution**
**112 W 34th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Open invoice(s) for Liquor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,003.00 |

**Icarus Brewing Company a/k/a Bridgewater**
**1790 Swarthmore Avenue**
**Unit 3, Lot 2**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Open invoice(s) for Liquor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,881.73 |

**Imperial Bag and Paper**
**255 Route 1 and 9**
**Jersey City, NJ 07306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Open invoice(s).**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jersey Central Power & Light**
**Revenue Protection Services**
**2800 Pottsville Pike**
**P.O. Box 16001**
**Reading, PA 19640-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Electrical Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341.31 |

**Kane Distributing Company, LLC**
**3430 Sunset Avenue**
**Ocean, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Open invoice(s) for Liquor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,806.25 |

**Meged Funding Group Corp.**
**c/o Isaac H. Greenfield, Esq.**
**2 Executive Boulevard, Suite 305**
**Suffern, NY 10901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Collection Lawsuit**

**Last 4 digits of account number  2024**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TST Beverages, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,674.70** |
|---|---|---|---|
| | **Metrovation Anderson, LLC**<br>**c/o Rick Brodsky, Esq.**<br>**1500 Lawrence Avenue**<br>**CN 7807**<br>**Ocean, NJ 07712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Landlord/Tenant Action** | |
| | Last 4 digits of account number  **3624** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$605.00** |
|---|---|---|---|
| | **Monsieur Touton Selection, Ltd.**<br>**129 W 27th Street**<br>**#9**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Open invoice(s) for Liquor** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nu-TEL Communications**<br>**375 Hollywood Avenue**<br>**Suite 101**<br>**Fairfield, NJ 07007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Telephone Services** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,766.60** |
|---|---|---|---|
| | **Perrone Wine & Spirits, Inc.**<br>**P.O. Box 651**<br>**Basking Ridge, NJ 07920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Open invoice(s) for Liquor** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$203.70** |
|---|---|---|---|
| | **Quality Wine and Spirits**<br>**P.O. Box 2243**<br>**South Amboy, NJ 08879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Open invoice(s) for Liquor.** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,521.90** |
|---|---|---|---|
| | **Quench USA**<br>**P.O. Box 735777**<br>**Dallas, TX 75373-5777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Open invoice(s) for Liquor.** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$927.40** |
|---|---|---|---|
| | **Ritchie & Page Distribution Co. Inc.**<br>**175 New Canton Way**<br>**Robbinsville, NJ 08691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Open invoice(s) for Liquor** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **TST Beverages, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,442.10 |
| --- | --- | --- | --- |

**Sarene Craft Beer Distributors, LLC**
**4 Warehouse Lane**
**Suite 144**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Open invoice(s) for Liquor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.85 |
| --- | --- | --- | --- |

**Shore Point Distributors**
**P.O. Box 273**
**Adelphia, NJ 07710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Open invoice(s) for Liquor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Sickles Management, Inc.**
**1 Harrison Avenue**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Intercompany Debt.  Amount to be Supplied.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Sickles Market, LLC**
**1 Harrison Avenue**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Intercompany Debt.  Amount to be Supplied.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
| --- | --- | --- | --- |

**Source Brewing**
**300 Route 34**
**Colts Neck, NJ 07722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Open invoice(s) for Liquor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
| --- | --- | --- | --- |

**Stephanie Schaich Bricken**
**211 Worthington Avenue**
**Spring Lake, NJ 07762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Open invoice(s) for Liquor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**STF Consulting**
**68 Forman Street**
**Fair Haven, NJ 07704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **IT Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TST Beverages, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.85 |
|---|---|---|---|

**Twelve Percent, LLC**
**341 State Street**
**North Haven, CT 06473**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open invoice(s) for Liquor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Twin Elephant Brewing Company**
**13 Watchung Avenue**
**Chatham, NJ 07928**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open invoice(s) Liquor.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.00 |
|---|---|---|---|

**Vias Imports**
**875 6th Avenue**
**Suite 1500**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open invoice(s) for Liquor.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.00 |
|---|---|---|---|

**Vine Street Imports**
**16 Roland Avenue**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open invoice(s) for Liquor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**Wilson Daniels Wholesale, LLC**
**19 W 24th Street**
**7th Floor**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open invoice(s) for Liquor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,092.57 |
|---|---|---|---|

**Winebow, Inc.**
**20 Hook Mountain Road**
**Suite #103A**
**Pine Brook, NJ 07058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open invoice(s) for Liquor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Worldplay Credit Card Processing**
**8500 Governors Hill Drive**
**Symmes Township, OH 45249**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **TST Beverages, LLC**                                    Case number (if known) _____
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David W. Fassett, Esq.**<br>**Arseneault & Fassett, LLC**<br>**560 Main Street**<br>**Chatham, NJ 07928** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David W. Fassett, Esq.**<br>**Arseneault & Fassett, LLC**<br>**560 Main Street**<br>**Chatham, NJ 07928** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David W. Fassett, Esq.**<br>**Arseneault & Fassett, LLC**<br>**560 Main Street**<br>**Chatham, NJ 07928** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Meged Funding Group Corp.**<br>**1 Princeton Avenue**<br>**Brick, NJ 08724** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  2,347.02 |
| **5b. Total claims from Part 2** | 5b. + | $  579,219.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  581,566.42 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **TST Beverages, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |

**Fill in this information to identify the case:**

Debtor name __**TST Beverages, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **AHS Realty, LLC** | **1 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Farmlnd Produce, LLC** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.2 | **AHS Realty, LLC** | **1 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Four Seasons Produce, Inc.** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.3 | **AHS Realty, LLC** | **1 Harrison Avenue**<br>**Little Silver, NJ 07739** | **C. Rooney Produce Co., Inc.** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.4 | **AHS Realty, LLC** | **1 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Northfield Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Robert H. Sickles** | **5 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Meged Funding Group Corp.** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

Debtor    **TST Beverages, LLC**                                 Case number *(if known)* _____

---

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Robert H. Sickles** | **5 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Farmlind Produce, LLC** | ☐ D _____<br>▮ E/F __3.10__<br>☐ G _____ |
| 2.7 | **Robert H. Sickles** | **5 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Four Seasons Produce, Inc.** | ☐ D _____<br>▮ E/F __3.12__<br>☐ G _____ |
| 2.8 | **Robert H. Sickles** | **5 Harrison Avenue**<br>**Little Silver, NJ 07739** | **C. Rooney Produce Co., Inc.** | ☐ D _____<br>▮ E/F __3.8__<br>☐ G _____ |
| 2.9 | **Robert H. Sickles** | **5 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Northfield Bank** | ▮ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Robert H. Sickles** | **5 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Corporation Service Company** | ▮ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Robert H. Sickles** | **5 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Interstate Filings** | ▮ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Sickles Management, Inc.** | **1 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Meged Funding Group Corp.** | ☐ D _____<br>▮ E/F __3.19__<br>☐ G _____ |
| 2.13 | **Sickles Management, Inc.** | **1 Harrison Avenue**<br>**Little Silver, NJ 07739** | **Farmlind Produce, LLC** | ☐ D _____<br>▮ E/F __3.10__<br>☐ G _____ |

| Debtor | **TST Beverages, LLC** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| 2.14 | **Sickles Management, Inc.** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Core Funding Source, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Sickles Management, Inc.** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Four Seasons Produce, Inc.** | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.16 | **Sickles Management, Inc.** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **C. Rooney Produce Co., Inc.** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.17 | **Sickles Management, Inc.** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Northfield Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Sickles Management, Inc.** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **CT Corporation System** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Sickles Management, Inc.** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Corporation Service Company** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Sickles Management, Inc.** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Interstate Filings** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Meged Funding Group Corp.** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |

| Debtor | **TST Beverages, LLC** | Case number *(if known)* | |
|---|---|---|---|

⬛ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Farmlind Produce, LLC** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.23 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Core Funding Source, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Four Seasons Produce, Inc.** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.25 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **C. Rooney Produce Co., Inc.** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.26 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Northfield Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **CT Corporation System** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Corporation Service Company** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Sickles Market Provisions, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Interstate Filings** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **TST Beverages, LLC** | Case number *(if known)* | |
|---|---|---|---|

▇ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.30 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Meged Funding Group Corp.** | ☐ D ____<br>■ E/F __3.19__<br>☐ G ____ |
| 2.31 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Farmlind Produce, LLC** | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.32 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Core Funding Source, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.33 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Four Seasons Produce, Inc.** | ☐ D ____<br>■ E/F __3.12__<br>☐ G ____ |
| 2.34 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **C. Rooney Produce Co., Inc.** | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.35 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Northfield Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.36 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **CT Corporation System** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.37 | **Sickles Market, LLC** | 1 Harrison Avenue<br>Little Silver, NJ 07739 | **Interstate Filings** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **TST Beverages, LLC**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   **TST Beverages, LLC**                                             Case No. _____

                                            Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................   $ _____ **0.00**

    Prior to the filing of this statement I have received ........................................   $ _____ **0.00**

    Balance Due ........................................................................................................   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ■ Other (specify):    **The Kelly Firm, P.C. (TKF) agrees to proceed without an initial retainer. Subject
                                            to court approval and availability of funds, TKF reserves the right to seek
                                            interim compensation from the Debtor Estate.**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____April 23, 2024_____                        **/s/ Andrew J. Kelly**
*Date*                                          **Andrew J. Kelly**
                                                *Signature of Attorney*
                                                **The Kelly Firm, P.C.**
                                                **1011 Highway 71**
                                                **Suite 200**
                                                **Spring Lake, NJ 07762**
                                                **732-449-0525  Fax: 732-449-0592**
                                                **akelly@kbtlaw.com**
                                                *Name of law firm*

## United States Bankruptcy Court
### District of New Jersey

In re   **TST Beverages, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Robert H. Sickles**<br>**5 Harrison Avenue**<br>**Little Silver, NJ 07739** | | | **97% Owner** |
| **Sasha Sickles**<br>**4 Heathcliff Avenue**<br>**Rumson, NJ 07760** | | | **1% Owner** |
| **Tori Sickles**<br>**4 Heathcliff Avenue**<br>**Rumson, NJ 07760** | | | **1% Owner** |
| **Tristan Sickles**<br>**4 Heathcliff Avenue**<br>**Monmouth Beach, NJ 07750** | | | **1% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 23, 2024**

Signature   **/s/ Robert H. Sickles**

**Robert H. Sickles**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of New Jersey

In re   **TST Beverages, LLC**                                                    Case No.
                              Debtor(s)              Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **April 23, 2024**                          **/s/ Robert H. Sickles**
                                                    **Robert H. Sickles/Managing Member**
                                                    Signer/Title

3J's Imports
33 Wood Avenue South
#600
Iselin, NJ 08830


Allied Beverage Group
700 Kapkowski Road
P.O. Box 7000
Elizabeth, NJ 07201


Allied North Division
700 Kapkowski Road
P.O. Box 7000
Elizabeth, NJ 07201


American BD Company
25 De Boer Drive
Glen Rock, NJ 07452


American Express Merchant Services
ATTN: SE Legal Holds
P.O. Box 53825
Phoenix, AZ 85072


Bacchus Imports, Inc.
150 W 30th Street, STE 706
New York, NY 10001


Beach Bee Meadery
89 Long Branch Avenue
Long Branch, NJ 07740


C. Rooney Produce Co., Inc.
196 Ocean Avenue
Ocean Bright, NJ 07760


Cognac One, LLC
135 E 57th Street
10th Floor
New York, NY 10022


Core Funding Source, LLC
c/o Ershowsky Verstandig PLLC
290 Central Avenue, Suite 109
Lawrence, NY 11559

Corporation Service Company
P.O. BOX 2576
Springfield, IL 62708


CT Corporation System
330 N. Brand Boulevard
Suite 700
Glendale, CA 91203


Daniel Ludwig
114 Maple Avenue
Rear Apartment
Red Bank, NJ 07701


David W. Fassett, Esq.
Arseneault & Fassett, LLC
560 Main Street
Chatham, NJ 07928


David W. Fassett, Esq.
Arseneault & Fassett, LLC
560 Main Street
Chatham, NJ 07928


David W. Fassett, Esq.
Arseneault & Fassett, LLC
560 Main Street
Chatham, NJ 07928


Farmlind Produce, LLC
804 Clauss Lane
River Vale, NJ 07675


Fedway Associates, Inc.
505 Martinsville Road
Basking Ridge, NJ 07920


Four Seasons Produce, Inc.
400 Wabash Road
Ephrata, PA 17522


Frederick Wildman & Sons NJ
111 Broadway # 1102
New York, NY 10006

Gladiator Wine Distribution
112 W 34th Street
New York, NY 10001


Icarus Brewing Company a/k/a Bridgewater
1790 Swarthmore Avenue
Unit 3, Lot 2
Lakewood, NJ 08701


Imperial Bag and Paper
255 Route 1 and 9
Jersey City, NJ 07306


Interstate Filings
301 Mill Road
Suite U-5
Hewlett, NY 11557


Jasmine Tochihuitl-Santamaria
50 Locust Avenue
Apt. 5A
Red Bank, NJ 07701


Jersey Central Power & Light
Revenue Protection Services
2800 Pottsville Pike
P.O. Box 16001
Reading, PA 19640-0001


Kane Distributing Company, LLC
3430 Sunset Avenue
Ocean, NJ 07712


Meged Funding Group Corp.
c/o Isaac H. Greenfield, Esq.
2 Executive Boulevard, Suite 305
Suffern, NY 10901


Meged Funding Group Corp.
1 Princeton Avenue
Brick, NJ 08724

Metrovation Anderson, LLC
c/o Rick Brodsky, Esq.
1500 Lawrence Avenue
CN 7807
Ocean, NJ 07712


Monsieur Touton Selection, Ltd.
129 W 27th Street
#9
New York, NY 10001


Northfield Bank
581 Main Street
Woodbridge, NJ 07095


Nu-TEL Communications
375 Hollywood Avenue
Suite 101
Fairfield, NJ 07007


Perrone Wine & Spirits, Inc.
P.O. Box 651
Basking Ridge, NJ 07920


Quality Wine and Spirits
P.O. Box 2243
South Amboy, NJ 08879


Quench USA
P.O. Box 735777
Dallas, TX 75373-5777


Ritchie & Page Distribution Co. Inc.
175 New Canton Way
Robbinsville, NJ 08691


Sarene Craft Beer Distributors, LLC
 4 Warehouse Lane
Suite 144
Elmsford, NY 10523


Shore Point Distributors
P.O. Box 273
Adelphia, NJ 07710

Sickles Management, Inc.
1 Harrison Avenue
Little Silver, NJ 07739


Sickles Market, LLC
1 Harrison Avenue
Little Silver, NJ 07739


Source Brewing
300 Route 34
Colts Neck, NJ 07722


State of New Jersey
Division of Alcoholic Beverage Control
140 East Front Street
P.O. Box 087
Trenton, NJ 08625-0087


Stephanie Schaich Bricken
211 Worthington Avenue
Spring Lake, NJ 07762


STF Consulting
68 Forman Street
Fair Haven, NJ 07704


Twelve Percent, LLC
341 State Street
North Haven, CT 06473


Twin Elephant Brewing Company
13 Watchung Avenue
Chatham, NJ 07928


Tyler Brick
91 W. Washington Avenue
Atlantic Highlands, NJ 07716


Vias Imports
 875 6th Avenue
Suite 1500
New York, NY 10001

Vine Street Imports
16 Roland Avenue
Mount Laurel, NJ 08054


Wellen Capital, LLC
600 W. Jackson Boulevard
Suite 750
Chicago, IL 60661


Wilson Daniels Wholesale, LLC
 19 W 24th Street
7th Floor
New York, NY 10010


Winebow, Inc.
20 Hook Mountain Road
Suite #103A
Pine Brook, NJ 07058


Worldplay Credit Card Processing
8500 Governors Hill Drive
Symmes Township, OH 45249

# United States Bankruptcy Court
### District of New Jersey

In re   __TST Beverages, LLC_____     Case No.   _____

Debtor(s)          Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __TST Beverages, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 23, 2024_____          __/s/ Andrew J. Kelly_____

Date                              **Andrew J. Kelly**
                                  Signature of Attorney or Litigant
                                  Counsel for __TST Beverages, LLC_____
                                  **The Kelly Firm, P.C.**
                                  **1011 Highway 71**
                                  **Suite 200**
                                  **Spring Lake, NJ 07762**
                                  **732-449-0525 Fax:732-449-0592**
                                  **akelly@kbtlaw.com**

## United States Bankruptcy Court
### District of New Jersey

In re   **TST Beverages, LLC** _____     Case No. _____

                                    Debtor(s)                Chapter    **11** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert H. Sickles**, declare under penalty of perjury that I am the **Managing Member** of **TST Beverages, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **22nd** day of **April**, 20**24**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert H. Sickles, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert H. Sickles, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert H. Sickles, Managing Member** of this Corporation is authorized and directed to employ **Andrew J. Kelly**, attorney and the law firm of **The Kelly Firm, P.C.** to represent the corporation in such bankruptcy case."

Date   **April 23, 2024** _____     Signed   **/s/ Robert H. Sickles**
                                                        **Robert H. Sickles**

Resolution of Board of Directors
of
**TST Beverages, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert H. Sickles, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert H. Sickles, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert H. Sickles, Managing Member** of this Corporation is authorized and directed to employ **Andrew J. Kelly**, attorney and the law firm of **The Kelly Firm, P.C.** to represent the corporation in such bankruptcy case.

Date  **April 23, 2024**                                 Signed  _____

Date  **April 23, 2024**                                 Signed  _____